# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_Joseph Peter Schmitt, pro se_
### Plaintiff

### V.

CIVIL ACTION NO._____

## 05-1057 1 RCL

CARTER THOMAS, ET AL.,
### Defendants

## AFFIDAVIT

I, _Joseph P. Schmitt_____, an applicant to proceed in forma pauperis in the above named case, hereby depose and say as follows:

1.    Attached hereto is a copy of the records reflecting the current status of my prison account maintained pursuant to the provisions of Massachusetts General Laws, Ch. 128, Sec. 3, and applicable regulations of the Department of Corrections.

2.    Of those funds currently maintained in my prison account, the amount of ———— $___NONE_____ represents compensation paid to my account for labor performed within the meaning of Massachusetts General Laws, c. 127 sec. 48(a).

Dated: February 16, 2005

_____
Signature of Applicant

Sworn and subscribed to before me this ____ day of_____, 1993.

_____
**NOTARY PUBLIC**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20050211 11:15

Page :   1

| Commit# : | M81137 | | MASS. TREATMENT CENTER |
| Name : | SCHMITT, JOSEPH, , | | Statement From   20050101 |
| Inst : | MASS. TREATMENT CENTER | | To   20050211 |
| Block : | D2 | | |
| Cell/Bed : | 020 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $14,047.95 | $11,145.56 | $1,757.11 | $1,755.99 |
| 20050104 09:06 | EX - External Disbursement | 3923323 | 96849 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050104 09:06 | MA - Maintenance and Administration | 3923324 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3945393 | | MTC | ~Canteen Date : 20050106 | $0.00 | $77.54 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986034 | | MTC | | $7.55 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986035 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3995886 | | MTC | ~Canteen Date : 20050113 | $0.00 | $50.40 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4022424 | | MTC | ~Canteen Date : 20050120 | $0.00 | $59.73 | $0.00 | $0.00 |
| 20050128 10:46 | EX - External Disbursement | 4054534 | 97401 | MTC | ~MARIE B MCGUIRK, ESQUIRE | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054538 | 97399 | MTC | ~US PLAYING CARD CO | $0.00 | $22.50 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054541 | 97398 | MTC | ~MYSTERY GUILD | $0.00 | $65.40 | $0.00 | $0.00 |
| 20050201 13:20 | IC - Transfer from Inmate to Club A/c | 4065449 | | MTC | ~CERT 7004 1160 0007 1647 4518~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20050201 14:23 | EX - External Disbursement | 4065694 | 97431 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $34.00 | $0.00 | $0.00 |
| 20050201 14:23 | MA - Maintenance and Administration | 4065695 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4086596 | | MTC | ~Canteen Date : 20050203 | $0.00 | $56.90 | $0.00 | $0.00 |
| 20050204 10:06 | IC - Transfer from Inmate to Club A/c | 4088841 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050208 10:49 | IC - Transfer from Inmate to Club A/c | 4100172 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050208 10:50 | IC - Transfer from Inmate to Club A/c | 4100176 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115066 | | MTC | | $6.88 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115067 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4135216 | | MTC | ~Canteen Date : 20050210 | $0.00 | $59.99 | $0.00 | $0.00 |
| 20050211 10:14 | VC - Voided Check | 4139348 | 97401 | STH | ~MARIE B MCGUIRK, ESQUIRE | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 20050211 10:14 | TI - Transfer from Institution | 4139350 | | STH | ~Associate Receipt Number is 4139348 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050211 10:14 | TI - Transfer from Institution | 4139351 | | MTC | ~Associate Receipt Number is 4139348 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $4,014.43 | $4,466.33 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2,450.49 | $1.12 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20050211 11:15**

Page :   2

| | |
|---|---|
| Commit# : | M81137 |
| Name : | SCHMITT, JOSEPH, , |
| Inst : | MASS. TREATMENT CENTER |
| Block : | D2 |
| Cell/Bed : | 020 /B |

**MASS. TREATMENT CENTER**

Statement From    20050101
To    20050211

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2,450.49 | $1.12 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPOUNDED - CONFIDENTIAL

COMMONWEALTH OF MASSACHUSETTS FILED
IN CLERKS OFFICE

U.S. District    Court

2005 FEB 18  P 12: 46

NO. _____ **05 - 10571** U.S. DISTRICT COURT
DISTRICT OF MASS   RCL

INFORMATION FOR THE INMATE/APPLICANT: You have requested that the
US District    Court waive the filing fees and (normal) costs and allow you to proceed as an indigent
plaintiff. You are required to provide the court with information about your finances so that the court can
determine whether you are unable to pay the fee or to make partial payments. You are required to sign this
affidavit form under the penalties of perjury. This includes a statement that no action has been taken to hide
assets. The court can dismiss the complaint if it finds that the claim of indigency is untrue. In addition, the court
may impose costs on an inmate who intentionally files an affidavit that contains false information or that omits
material information. You are also subject to loss of up to 60 days of good time earned or to be earned under
G. L. c. 127, § 129C ( for blood donation) or under c. 127, § 129D (for work, education or rehabilitation
programs) if the court finds that the affidavit is frivolous and filed in bad faith in order to abuse the judicial
process. See G. L. c. 261, § 29.

Joseph P. Schmitt, pro se,        Plaintiff(s)

    v.

CARTER THOMAS, ET AL.,                  Defendant(s)

    INMATE'S AFFIDAVIT OF INDIGENCY AND REQUEST FOR WAIVER OF NORMAL FEES AND
COSTS IN COMPLIANCE WITH GENERAL LAWS c. 261, § 29

    Pursuant to General Laws c. 261, § 29, the applicant, _Joseph P. Schmitt_ , swears (or affirms) that
the following information is true.                    (NAME)

SOCIAL SECURITY # _____

DATE OF BIRTH: _____

INMATE IDENTIFICATION #: _M-81137   (Civil Detainee)_

CORRECTIONAL FACILITY: _MA. Treatment Center_

ASSETS:

CASH:    None _____

MONIES IN BANK ACCOUNTS:

INMATE CANTEEN ACCOUNT:  Approximately $2,450.00

OTHER INSTITUTIONAL ACCOUNT: _____ $1.12 _____

NON-PRISON ACCOUNT(S): __None_____

REAL ESTATE: _____None_____

OTHER INVESTMENTS: ___None_____

ACCESSIBLE ASSETS OF A SPOUSE: __None_____

INCOME:

LAST SIX MONTHS' INCOME: _____None_____

INCOME EXPECTED IN NEXT SIX MONTHS: _None_____

LIABILITIES (for example, any debts you owe, including Victim/Witness fees, restitution fees, child support, other court-imposed costs, and costs assessed for incarceration and pre-release programs):

_____

MONTHLY EXPENSES:

NECESSARY CANTEEN PURCHASES (for example, stamps, envelopes, soap, toothpaste and other toiletries, medications and clothing):

_____I spend approximately $60.00 per week for food, stationary and cosmetics

OTHER EXPENSES: __Varies_____

I state under penalties of perjury that the statements made in this affidavit are true, that I have not omitted any assets that are available to me to pay filing fees or court costs, that I have not transferred any assets to avoid payment of filing fees and costs, and that I have not taken any action nor has any action been taken on my behalf relative to any assets in order to avoid having such assets used for payment of filing fees and costs.

Signature of applicant: _____

DATE:    February 16,2005

ALL INFORMATION CONTAINED HEREIN IS CONFIDENTIAL. EXCEPT BY SPECIAL ORDER OF A COURT, IT SHALL NOT BE DISCLOSED TO ANYONE OTHER THAN AUTHORIZED COURT PERSONNEL, PARTIES TO THIS LITIGATION OR THEIR COUNSEL, AND AN AUTHORIZED (IN WRITING) REPRESENTATIVE OF THE APPLICANT.