Dear Clerk

On or about July 27, 2005 I mailed to this or to

A duplicate of the enclosed motion for CA. No(s)

05-10571-RWZ and 05-10573-RWZ. However, Accordin.

to A docket entry sheet dated 9-14-05 these motions w  c

never docketed. Please docket my enclosed motions for

reconsideration of motion to proceed in forma Pauperis.

Thank you —