UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Joseph P. Schmitt, Pro se,    )
      Plaintiff,              )
                              )
vs.                           )     C.A. No. 05-10571-RWZ
                              )
Carter Thomas, et al.,        )
      Defendants              )

PLAINTIFF'S MOTION FOR RECONSIDERATION ON DENIAL
OF MOTION TO PROCEED IN FORMA PAUPERIS

    Now come the pro se plaintiff, a **NON-PRISONER**, and moves ts Court to reconsider its' ruling denying plaintiff's motion to proceed in forma pauperis.

    As grounds for said motion plaintiff states the following facts:

1. Plaintiff is not by letter of law a prisoner. He is a civil detainee being temporarily detained at the Treatment Center whic is not a prison.

    The United STates District Court held in KING vs. GREENBLAT 53 F. Supp. 2d 117, 138 (D. Mass 1999). " As a matter of statuto interpretation, the PLRA does not extend to cover civilly commit l residents at the Treatment Center. In the first place, the Treat it Center is not a facility to which coverage of the PLRA extends. PLRA applies only to persons who are subject to incarceration, detention or admission to 'prisons' as defined by the statute. T PLRA defines 'prisoners' as any person subject to incarceration, detention, or admission to any facility who is accused of, convic d

of, sentenced for or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program." 18 U.S.C.A. § 3626 (g)(3), "prison" is defined as "any federal, state, or local facility that incarcerates or detains juviniles or adults accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law." Id §3626 (g) (5).

2. Plaintiff filed his action in February of 2005. The court did not take any action on this case until July of 2005. In this extended period of time the plaintiff has expended his reported funds buying clothing, footwear and food items which he supports himself with. The Treatment Center, or as the court claims, the Commonwealth Massachusetts does not pay for the necessities of the plaintiff life. He must buy his own cosmetics, tolet paper, clothes and footwear simply because he does not meet the Department of Correction's standard for indigency which is five dollars or less on the inmates account for a period of ninety days. Plaintiff has an account balance of less than $400.00 and he must purchase special order footwear a cost to him, not provided by the Commonwealth whatsoever, of $ 7.00 per pair. This alone brings the balance of the plaintiff's account below $200.00. This ba,ance is to be used for plaintiff's needs which the Commonwealth will not provide him with because he has more than $5.00 on his account.

3. Even when plaintiff filed this action he was far below the poverty level of the Commonwealth, and he was without an income. This fact alone should be enough for the Court to grant his motion to proceed in forma pauperis.

4. This plaintiff does not have extensive legal experience a[nd] must depend on his commonsense. In doing so he believes this court must find him indigent and unable to pay the ordered $25[0.]00 filing fee. It is commonsense to this plaintiff that he fall f[ar] below the FEDERAL POVERTY LEVEL since he has only less than $4[0.]00 on his account and has absolutely no reliable or steady income.

5. Plaintiff is attaching a printout from the Treatment Cent[er] that reflects the balance of his accounts. This printout will s[ho]w that he does not have the means to pay the ordered amount(s) in order to have his action(s) prosecuted in this United States Di[st]rict Court.

6. The court will knowingly and willingly be denying the plai[nt]iff's Constitutional Rights if it upholds its' original order denying plaintiff's motion to proceed in forma pauperis. It is an unnec[es]sary burden upon this plaintiff to be forced to pay any filing fees [wh]en he has shown that he is incapable of paying such fees.

**WHEREFORE,** Plaintiff repectfully requests that this Honorable C[our]t vacate its original order and issue a new order allowing plaint[iff]'s lawful motion to proceed in forma pauperis.

Dated July 27, 2005

                                       Respectfully Filed,

                                       Joseph Peter Schmitt, pro se
                                       30 Administration Road
                                       Bridgewater, Massachusetts
                                       02324-3230

Cc: JPS

Attachments: 2 Page Printout Of Accounts Balances

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050725 11:04

| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page : 1 |
|---|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH. | | Statement From | 20050601 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20050725 | |
| Block : | D2 | | | | |
| Cell/Bed : | 020 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | tr | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $18,362.27 | $17,280.50 | .11 | $1,755.99 |
| 20050602 22:30 | CN - Canteen | 4711477 | | MTC | ~Canteen Date : 20050602 | $0.00 | $58.32 | | $0.00 |
| 20050603 14:01 | EX - External Disbursement | 4714488 | 100449 | MTC | ~MYSTERY GUILD | $0.00 | $8.60 | $ | $0.00 |
| 20050603 14:01 | MA - Maintenance and Administration | 4714490 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $ | $0.00 |
| 20050606 14:01 | IC - Transfer from Inmate to Club A/c | 4720687 | | MTC | ~CERT 70041160000616733500~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $ | $0.00 |
| 20050607 13:36 | EX - External Disbursement | 4726912 | 100566 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $15.00 | $ | $0.00 |
| 20050608 13:41 | IC - Transfer from Inmate to Club A/c | 4733061 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.69 | $ | $0.00 |
| 20050609 16:49 | IS - Interest | 4754031 | | MTC | | $4.92 | $0.00 | $ | $0.00 |
| 20050609 16:49 | IS - Interest | 4754032 | | MTC | | $0.00 | $0.00 | $ | $0.00 |
| 20050609 22:30 | CN - Canteen | 4762575 | | MTC | ~Canteen Date : 20050609 | $0.00 | $59.85 | $ | $0.00 |
| 20050610 11:13 | EX - External Disbursement | 4767121 | 100670 | MTC | ~HOT ROD | $0.00 | $12.00 | $ | $0.00 |
| 20050615 10:55 | IC - Transfer from Inmate to Club A/c | 4782801 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $ | $0.00 |
| 20050616 22:30 | CN - Canteen | 4798023 | | MTC | ~Canteen Date : 20050616 | $0.00 | $55.02 | $ | $0.00 |
| 20050620 11:46 | IC - Transfer from Inmate to Club A/c | 4805483 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $ | $0.00 |
| 20050620 11:46 | IC - Transfer from Inmate to Club A/c | 4805490 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $ | $0.00 |
| 20050621 15:38 | CI - Transfer from Club to Inmate A/c | 4811586 | | MTC | ~REFUND SHOWER SHOES~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $0.23 | $0.00 | $ | $0.00 |
| 20050621 15:38 | TI - Transfer from Institution | 4811587 | | STH | ~Associate Receipt Number is 4811586 | $0.00 | $0.23 | $ | $0.00 |
| 20050621 15:38 | TI - Transfer from Institution | 4811588 | | MTC | ~Associate Receipt Number is 4811586 | $0.23 | $0.00 | $ | $0.00 |
| 20050623 22:30 | CN - Canteen | 4829156 | | MTC | ~Canteen Date : 20050623 | $0.00 | $59.85 | $ | $0.00 |
| 20050630 13:57 | IC - Transfer from Inmate to Club A/c | 4860042 | | MTC | ~CERT7004 1160 0006 1673 3241~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.90 | $ | $0.00 |
| 20050630 13:58 | IC - Transfer from Inmate to Club A/c | 4860044 | | MTC | ~CERT 7004 1160 0006 1673 3234~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.90 | $ | $0.00 |
| 20050630 22:30 | CN - Canteen | 4860826 | | MTC | ~Canteen Date : 20050630 | $0.00 | $59.15 | $ | $0.00 |
| 20050706 14:07 | IC - Transfer from Inmate to Club A/c | 4884596 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $ | $0.00 |
| 20050707 22:30 | CN - Canteen | 4899387 | | MTC | ~Canteen Date : 20050707 | $0.00 | $50.01 | $ | $0.00 |
| 20050711 14:49 | IC - Transfer from Inmate to Club A/c | 4909839 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $ | $0.00 |
| 20050712 13:01 | EX - External Disbursement | 4915241 | 101315 | MTC | ~DELTA PUBLISHING | $0.00 | $44.80 | $ | $0.00 |
| 20050712 13:01 | MA - Maintenance and Administration | 4915243 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $ | $0.00 |
| 20050713 16:51 | IS - Interest | 4929296 | | MTC | | $3.36 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050725 11:04

| Commit# : | M81137 | | MASS. TREATMENT CENTER | age: 2 |
|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH | Statement From | 20050601 | |
| Inst : | MASS. TREATMENT CENTER | To | 20050725 | |
| Block : | D2 | | | |
| Cell/Bed : | 020 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings In | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050713 16:51 | IS - Interest | 4929297 | | MTC | | $0.00 | $0.00 | | $0.00 |
| 20050714 22:30 | CN - Canteen | 4951258 | | MTC | ~Canteen Date : 20050714 | $0.00 | $59.80 | | $0.00 |
| 20050721 22:30 | CN - Canteen | 4983671 | | MTC | ~Canteen Date : 20050721 | $0.00 | $56.75 | | $0.00 |
| 20050722 10:13 | IC - Transfer from Inmate to Club A/c | 4986242 | | MTC | ~SPECIAL ORDER SNEAKERS~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $107.99 | S | $0.00 |
| 20050722 10:54 | EX - External Disbursement | 4986536 | 101600 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $15.00 | $ | $0.00 |
| | | | | | | $8.74 | $700.00 | $ | $0.00 |

Balance as of ending date : Personal $389.91  ngs

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $389.91 | $1.12 | $0.00 | $0.00 | $0.00 | $0.00 |