United States District Court
For The
District of Massachusetts

Civil Action No.
05-10571-RWZ

Joseph P. Schmitt, pro se
                Plaintiff,

        -vs-

Carter Thomas, et al,
                Defendants

---

Plaintiff Motion For Acceptance of Exhibits
for above captioned action

Now comes the pro se plaintiff and submits
exhibits "F", "G", and "H", to be entered into this action.

WHEREFORE, plaintiff prays this Honorable Court allow the
above captioned motion and accept the attached motions, F, G, and H.

Dated: 12/30/2005

Respectfully filed
Joseph P. Schmitt
Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324

DEPARTMENT OF CORRECTION

NOTICE OF DISCIPLINARY HEARING

**EXHIBIT**
F

TO: **JOSEPH SCHMITT**                                    I.D. #:   **W-**

Re: Disciplinary Report #:        **02-1223**              Date:   **06/20/2002**

You have been charged with a disciplinary offense(s) which has been referred to the Hearing Officer for a hearing. A description of the offense(s) is contained in the attached Disciplinary Report. Your disciplinary hearing has been scheduled for:

**07/04/2002**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request other witnesses, and/or request a taped hearing, please fill out the attached Request for Representation/Witness Form. If you wish to request evidence, please fill out the attached Request for Evidence Form.

Notice Served By:_____Date:_____Time:_____

Inmate's Signature:_____Date: _6-27-02_ Time:__8 pm__

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/ Witness Form, and Request for Evidence Form to:        **JOSEPH SCHMITT**

(Inmate's Name)

and he refused to sign.

Staff Person's Signature:_____Date:_____

Print Name:_____Time:_____

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that date.

MCI Cedar Junction

*page 2*

*7/4*

## MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
## DISCIPLINARY REPORT

INMATE: Joseph Schmitt __ ID#: W-57126 _____ HOUSING UNIT: __WWSU #107 _____

DATE: __June 20, 2002_____ D-REPORT NO.: _02-1223_

OFFENSES(S) & CODE NO.: __#2; #8; #19; #32; #33_____

MINOR_____ (MAJOR)_____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ REFER TO SPECIAL DDU HEARING OFFICER_____

DESCRIPTION OF OFFENSE(S):

On June 20, 2002 inmate Joseph Schmitt violated departmental rules by authoring a letter that was threatening in nature. Inmate Schmitt stated, "the nigger Carter Thomas is going to pay dearly for his bullshit. I'll have my justice soon enough". It should be noted inmate Schmitt is scheduled to be released in August, 2002.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES_____ NO_____

REPORTING STAFF PERSON'S SIGNATURE_____
                                      Carter Thomas, C.O. IPS

DAYS OFF__F__/__S__          _____
SHIFT_7__/__3__                    (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE_____ Date: 6/20/02

DISCIPLINARY OFFICER'S SIGNATURE_____ Date: 6/27/02

APPEAL RESULTS_____

REVIEWING AUTHORITY_____ DATE:___

OFFENSES:

2.  VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY-BASED PROGRAM.
18. FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERTY.
19. USE OF OBSCENE, ABUSIVE, OR THREATENING LANGUAGE, ACTION, OR GESTURE TO ANY INMATE, STAFF MEMBER, OR VISITORS.
32. VIOLATING ANY LAW OF THE COMMONWEALTH OF MASSACHUSETTS OR THE UNITED STATES.
33. ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES, OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES, SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.

REPORTING OFFICER'S
SIGNATURE: _____          DATE 6/20/02

# DEPARTMENT OF CORRECTION

## EVIDENCE PRODUCED TO INMATE FORM

*Received*
*7-1-02*
*SPS*

**TO:**      Joseph Schmitt W-57126
              Inmate's Name
**FROM:**   Sergeant Ernest J. Therien
              Disciplinary Officer
**RE:**      Disciplinary Report #: 02-1223

## EVIDENCE PRODUCED TO INMATE (ATTACHED)

1)    Eleven page letter (2-sided) with envelope authored by Inmate Schmitt.

## DENIAL OF REQUESTED EVIDENCE AND REASON FOR DENIAL

1)
REASON FOR DENIAL: N/A

2)
REASON FOR DENIAL: N/A

3)
REASON FOR DENIAL: N/A

Served by:_____ Date:_____ Time:_____

Inmate Signature:_____ Date:_____ Time:_____

****When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgment, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this EVIDENCE PRODUCED TO INMATE FORM with the identified documents to _____ and he refused to sign acknowledging receipt.
          Inmate's Name

Staff Person's Signature_____ Date:_____

Print Name:_____ Time:_____

page 2

elivered in 10 days
Return to
th Walpole, Mass. 02071

Joseph T. Chavez    43899
Lea County Corr. Facility
6900 W. Millen Dr.
Hobbs, NM. 88244

(Pay attention to the ps #'ing)

Joe                                                                5-30-02

Hi, Scrotum Nibbler ☞ This is letter twelve ⇒ 6 pages 12 sides ↺

It's about 11:30 am. Just ate lunch. As I peeled the long fat banana, I thought of your LSD 😃 oh yeah! and decided to start another letter to you. I got some legal stuff done up earlier. Now it'll go to the case worker to bring to the librarian to copy it. I'll probably get it back late next week. I'm aggravated that I can't find some documents I need. I'm pretty sure I've got them still but can't find 'em. I might have accidently trashed 'em the other day when the "lighten the load" mood struck me. As a matter of fact I'm gonna do a thorough search now before it drives me nuts. I'll get back to ya later. 😃 ——

I'm back, it's 3:30 pm. Didn't get to search for the document cause the property guy brought my legal copies (which I sorted and already sent out to be mailed) and 18 letters I've had to send to the case worker unsealed to be processed with a purchase slip. 5 letters were yours! I mailed your 5 in a 9x12 And the rest I'm sending to Diana except for 2 legal ones I needed mailed quicker. The Latino dude heard me go off in the screw about this dumb shit and sent me 10 stamps. So what I me about Latinos boo. There's a couple of Niggers and 3 whites and 1 Latino and me on this tier. Only the Latino guy looked out! Niggers & white trash did shit! Anyway hopefully the 3 dollar stamps on your 9x12 is enough. I'll know soon enough! Either way it'll get mailed cause I included a purchase slip for any extra postage due on yours And Diana's 9x12 envelope. 5 envelopes in yours, 14 in Diana's and 2 I mailed out with a stamp. 10 stamps in all.

Mail call — Just 3 money receipts 200⁰⁰, 100⁰⁰ and 100⁰⁰ ⇒ No love from my Homo Mexican Jumpin Bean 😃. Also got the Free Press Releasons monthly paper. Yes, the releasons but like you have issues. Anyway I just stole a quick look and its that time of the year that this place asks for adopt-a-kid donations so inner city kids can go to camp for 5 days. Its 35⁰⁰ per kid for a week. Last year I donated 35⁰⁰. Its a good cause and the

Exhibit #105
page 4

(2)

place "Union Rescue Mission P.O. Box 685, Hagerstown, MD 21741-0685 are good people. Its a shelter for homeless/church thing. I might donate 35.⁰⁰ if these jerks allow me to spend my $ ! Write to them Joe and ask for the "free Press" News paper. Fuck you buddy, I'm not trying to force religion on ya. The paper has som interesting stuff. Try it and if you don't like it spend a stamp and let them know you don't want it sent to you any more. Shit chow already ! Catch ya later !

I'm back ☺ Guess what ? That ZEBRA  CARTER THOMAS actually wrote me up for receiving 400.⁰⁰ from the publisher ! I knew he was the PUNK Gonna be ████ Nigger who was hold up Diana's Affidavit and the Checks. Its so nice of this  STUPID NIGGER to VIOLATE MY CIVIL RIGHTS again so now I'll file a new law suit, pay the $180.⁰⁰ filing fee and bend that Zebra over like a punk bitch and right up his ASS I'll slam a law suit and I GUARANTE YOU I'll Get Paid ! By the way fuck face I'm going to write you a Kick Ass story about a cop and his family who gets visited by an angry ex con. Murder, Guts, & Blood, Rape, Torture, the whole nine yards. Joe, its nothing but harassment. I'll have it in court within 6 weeks, probably sooner. Oh and this Nig Nog swine Carter Thomas goes on record to allege I'm telling Diana what to say in her Affidavit.! Like I'm scaming and making lies up ! I told her what to write sure, told her to indicate what I've wrote & sold her since '89, how much I can sell her and stuff like that and why she handles my checks and how come she had the $1167.⁵ᵛ check for my mom and other FACTS. Nothing is a lie ! Everything said can be verified and will be come trial time. I've already got a bunch of evidence put together which is already exhibits in other law suits so this'll be an easy law suit. I'll sue the Nigger, the d board and superintendent and the DOC and Commissioner. Oh well let me get back to my novel. Then I'll probably dock of and think about that nig nog death ☹

Fri May 31, 2002. 9:30 AM. Just showered and shaved the beard & mustach off. Big difference. & feel naked now! I let it grow out (beard) around Labor Day which'll give a thick beard by February 03. I wrote up an Injunction motion last night. I got it to court ASAP. I'm seriously considering taking it to the District Court (Feds) since the superior court is pretty much lame ducks. Anyway I'm not in the mood to write and since I have no envelope anyway (or stamps) I'll have to wait till Wed or Thur. for supplies. think stamps are passed out on Tuesdays now. I'll find out when it happens right? I'll get back to you my chubby cheeked water mellon head friend ☺

I'm back after an entire day of napping and reading. I had some very nice, weird and cool dreams. Spent time in a Nuke fast attack sub ☺, fishing with my nephew Joe for trout ☺ ☺, went on a mission taking out the "trash" with two 45 glocks. Do you know the damage a 45 slug does? Do you know what I've always wanted to run and had the delightful opportunities (twice) to shoot one? A Tommy gun! Joe it was fucking awesome. I know (still do) a very cool dude viet nam vet who owns a lot of open/wooded land. Well he shows me this beautiful Tommy then tosses me a fully loaded barrel clip. I don't know how many rounds but let me tell you I tore apart the waist up target of a person and the 2½ inch back stop of ply-wood 3 ¾ in shots. I felt like a 1920's Al Capone! I tell you it made me so sick at first with the body slamming recoils I was in solid condition too at that time. Give me full body armor, 10 spare clips with one already locked in and I'll wreck a parking lot full of swine ☺ Yee hah! I almost bought it, but my dad wouldn't go for it. ☺ Then I fucked up and got arrested after I missed the test by ONE point to enter the armed forces. I wanted to be a Ranger. My thing was lets go to war and shot shit up! I was invincible back then Joe, at least I thought so anyway. Hell fire in my heart. Scared of nothing man I just had a flash (way) back! & wasn't even thinking about puberty, say 10 or 11. I was a rot farm for kids. Had a chip on my shoulder the size of Texas and basically didn't start shit at all. But if you fucked with me I'd smash your grill. Well I didn't want to take the meds they tried to give me. It made me feel weird.

Now I know it was "stoned". Well I was playing pool with this black girl - she was not shit on the felt table - and we were betting on the game. This stupid little faggot decided to snatch the cue ball. I was up to sink the 8 ball. The girl barely missed her bank shot. I don't remember the fine details but I whipped a ball at the S.L.F. As it busted his mouth up and I simply picked up the cue ball and told the other female staff if they kept fucking with me I'd beat their heads in. I had a 3 piece custom pool stick - a gift from my uncle Joe. I grew up on a pool table. The colored girl was 100% street head and hyped me up and stuck with me "Linksy and the Brain" taking over the net farm i's. Well not long after my "vicious assault" on the Stupid Little Faggot (yeah he was sucking a few of our little pricks) a state cop showed up. I was young and well to me a state cop was like what a Seal is to the Navy or Ranger to the Army - understand? I was both scared and thrilled! They sent the big to take me down i's. I was shooting pool myself now. The girl got bored (or scared?). The trooper was huge - I'm only 10 or 11 pretty light in the ass, ya know? He told me to put the pool stick away and be a good little fellow and go for a ride with him so we could talk. I wasn't interested in going to jail. Cops take you to jail I already knew that. I broke down my stick and put it into the case - keep the big slate pool table between me and the trooper. I snatched up the bridge pool stick and lost my temper flew. I was a little hulk i's. Well he mutie had a son like me cause he came right at me threatening to put me over his knee and spank me silly! I hit him with every bit of rage-strength and that stick snapped over his shoulder and he grabbed my left arm and slammed me onto the pool table folded over with my left hand so far up between my shoulder blades that my arm broke. I was hurting really bad. Tears and all! The fucker hand cuffed me behind my back tight. It was a long ride from middletown to Montville. My both hands were numb my arm was numb and painfull. My folks didn't sue. I guess they didn't know much bout such things. I was in the custody of the state and they told my folks I got hurt fighting the Trooper Esq. My fault. A 60 pound 4'8" 10 year old little boy! Anyway the only mail I get was a savings to personal form. It's approved for $27.5?

(5)

Exhibit # 105
page 7

but I don't know why its so much. I'll find out soon enough I suppose. Oh well I guess I'll read for a while now ☺ Man this pen sucks! I'll write more later on or tomorrow. ☺ This'll be a long long letter since I have to wait for envelopes ⌐

I'm back. Couple hours later now. I was reading then I simply laid back an enjoyed the thunder shower. I love this weather Joe, The more I think about it the more I doubt I'll be content in a state with no sea shore. Oh well we'll just have to wait and see, right? I see lots of good in N.M. still, I just want to get my life back Joe. Fuck the crazy shit, ya know. I was thinking about a small diner in Jewett City, Ct. It's a converted camper trailer a big silver joint. Well I used to eat breakfast there a lot when I worked out that way. I'm thinking when I get my life back in Feb 03 I'll go there for a kick as breakfast. 20 oz glass of pulpy OJ freshly squeezed, never ending cup of Java, a dozen (12) sunny side up eggs - yokes nice and juicy, 12 slices of light toast with plenty of butter ☺, and a slab 1lb of bacon, nice and crispy can you smell it ☺ And a ½ dozen hash browns. There like a square fish patty you know? Oh I forgot to mention the bottle of Katsup and the black pepper and salt ⌐ No shit Joe I quit often ordered a special order like this at the diner, I had a 32 in waist and a 44 inch chest with solid shoulders, neck and arms. Working concrete made me bull strong I don't recall the chief's or wattress' names but the first time I ordered the breakfast they thought I was crazy. I sat at the counter right near the grill and ate it up. I left a 5.⁰⁰ top and for like 2 months straight I ate breakfast and lunch there. The cook was the owner and he made acceptions for the way they billed my meals. He didn't feel right charging me like 20.⁰⁰ a day mostly for breakfast, I didn't care. I was pulling crazy ⌐ working for Dick Macken 12.⁵⁰ an hour and 25.⁰⁰ after 60 hours. During winter a 14-16 hr day was normal. I lived at home still so basically had no bills. Yeah I and ⌐ 100.⁰⁰ a week room & board which helped my folks save their money

(6)

Exhibit #105
page 8

I had some buddies who shop lifted for a living so it wasn't hard for me to get brown bags filled with beef, Chicken, Pork, fish in all variety plus canned veggies and all sorts of fruits and fresh veggies. The first time I came home with the Mercury Marquis station wagon loaded the back seat down so it was like a pick up tRucks bed space with a couple of Associates my mom and Dad didn't know what was up till we used the calculator to add all the stuff up. I filled up 4 carts - BULGING FULL. I got the stuff my folks and I really liked but couldn't afford often. Mom repackaged all the meats, and dad and I stacked up the canned goods. There was over $1,500.⁰⁰ of groceries I paid 100.⁰⁰ each to them and they were very happy. Once a month or twice a month I'd get a list from mom & Dad and go shopping with these two guys. Back then you could litterally walk out of the supermarket with a bag filled with cartons of smokes. My associates got me all the smokes I wanted. Marlboro reds for me, Salem 100's for mom, Marlboro 100's for my oldest sister, kools for my brother Chris, Marlboro red for his wife Annette. Also pall mall reds for my uncle. 2d charge 5.⁰⁰ a cartoon Only mom got em free. I did a lot of shop lifting back then just for the thrill. Lots of tools mechanics, carpentry, dry wall, concrete etc No more shit like that for me ☺ I'll be a model Joe citizen hereonout Really  Scouts Honor "My" ☺ Just took my meds. As of tomorrow I'm cutting it all off. No more meds. Hopefully the ringing in my ears will go away. Just about 9½ weeks left, bro! then the county Jail sentence and then freedom - I hope. Well I'll fall back for now ok? I'll write more before I call it a night ———

Sat. June 1st, 2002 About 6 pm. Just finished "Harmful Intent" by Robin Cook. It was ok I guess. ½ way through I found the name of a car I couldn't think of in a recent letter About cars Pontiac Fiero  A friend of mine, Nicky, a young Italian stallion ☺ had one. Metallic red? It was a sharp little ride. Any way I'm gonna nap now, catch ya later —

Its 6-2-02 about 2pm. Slept the morning away and for the past few hours saw, thought about 'stuff' as I kicked back on the bunk with the lights off. Once again I'm make out the 9x12 envelope containing 5 seperate, sealed white envelopes for you. There's 4 ota on the postage so I'm sure its enough postage. I'm fairly bored. Didn't write any pe letters yesterday. Just wrote 7 seperate 1 page motions, a nasty gram to the DO commissioner, and another nastie to the case worker. I'm going to withdraw all my civil actions Joe. I'm going to pursue justice, my justice, when I'm out of her Tock tock, tick tock, don't cha know there's a .45 glock ☞ ?, I've shot 22, 32, 9mm, 380, 25, 357mag, 44mag and a 45 and let me tell Id rather have a for a life & death situation. 22, 32, 25, 38, 9, 380, will bounce off a windshield. 357 and 44 will blast through a car's doors. For dead stoppers, power a 45 will put a sized hole in your chest and rip your breathing back off! 44 & 357 simply plo right through. The other cal's very and if the person has a vest you won't do much em. A chest shot with a 357 or 44 or 45 without doubt will slam the heart, a flat liner! I don't know, from the day I shaved my dad's military 45 under my brother's nuts to put an end to the sexual abuse, I've had a strong preference for a & pistol, I also picked a █████ 38-30 for big game (I've used 308 300 06 and 222) and of course for quackers I use a 10 or 12. For squirrels, rabbit, partridge, quail, pheasant I range from a over and under .22 - 410 22,410, & there sweet 1 or a 12 gauge. I had a a 44 Ruger lever action rifle and an older 30-30 lev. action Winchester. Just like the "rifle man" used to use. Remember that western bac in the way back days? I've a had a lot of rifles and pistols before all this sh even had black powder pistols & rifles and the civil war type flint lock rifle I went black powder deer hunting once with a .50 cal & man that suck dropped without making a ½ step! Ripped his heart & lungs and shoulders apart! I was in a ground level blind and the dumb fuck was like 15 feet from me! A se al ball you can actually see it in flight! Its a bloody fucking sauce ball. I'll still want even if I've got to do it with a bow. Ok its after 3pm mail just got picked up. Any way I think I'll head over to Hawaii for a month or ██ RR!B! So after I get th



Exhibit #105
page 10

wallet nice and fat. I'll want to do some serious sport fishing while I'm there. I also want to hit the Gulf of Mexico for giant Tuna and sail fish. When I was still in my teens I wanted to go 3 places for real big game trophy hunting with my dad & uncle Joe — Alaska or Canada for Moose & Grizzly & Polar bear. Then right to Africa for Lion, Leopard water buffalow and Rino and Elephant. Got the moose and a black bear with my dad The fucking bear wouldn't drop! Big bastard. Pumped 5 Soft tip 30 06 rounds in him myself head on face & chest Dad was up a tree fast ☺ I wasn't "brave" Just scared shitless and jammed new rounds into the rifle as I trembled behind a tree. That son of the devil bear to several high powered rounds from dad and one or two more from me. Its face was blown apart! fucker dropped about 25 - 30 ft from my tree. The Moose was huge but no challenge. One shot and it buckled to its knees Ate both of em though. ☺ Well bro I guess I'll put this aside for now. Time to kick back and think of better times past and to come BLF ! ___ Go to p, 9 now ☺

⑪ ← Pay attention
And I'll pay the 185.00 filing fee to Apease the Defendants who deny me any access to my funds which is illegal, and if this isn't granted, Alternatively, I move the court to dismiss all the actions without prejudice so I can consolidate and refile the lawsuits in a federal court where I'll obtain justice and wont be biased by the court. No. I did not suck the cunt judges ass I told it how I see it by the facts provided thus far. Well mail is due shortly so I'm going to fall back and play with my little hairy cock now ☺ By the way I hope I didn't cunfuze you too much with the page #'s I Just put " ← Pay Attention and "Go to p, 9 now ☺.

If you yllaer nialpxoc it'I Kcuf you up by ☺ Gnitirw ekil siht no thgir erehto
↰

Can you read upside down, backwards ☺ Na Na Na !

It's 6-3-02 about 10 am now. I was up till the crack of dawn reading book 1 of "The wheel of time" fantasy series. I read book 2 already, and now have 8,7,6,5,4, and 1. I hope to find 2 & 3 but who knows. I read like 150-125 pages last night and between the small print, bad lighting, abnormal sleepy, and med withdrawl - havn't taken any meds since the 31st of may. Trying to clear my system. So anyway as you see I jumped to a new page leaving 8 ½ done. It just didn't feel like fucking with it, got a problem with that, I thought so ☺. I've got 2 law suits ready to be served to the defendants setting on this metal desk but I'm simply waiting for the court to answer my motions first. Why spend 20.ºº - 60.ºº mailing it 9&12 envelopes if their gonna do withdraw em so I can settle em all as one huge multi-layered lawsuit, right? That way I'll just pay the 180.ºº filing fee once if I'm legally indigent or not this way the DOC nigger dick with shit from her ass sood333 where attorney Julie E (as in EZ) Danielle can't delay the case like she doing now. They know what they're doing is straight up corrupt and wouldn't float if I was represented by an attorney. Even the Judge, it don't surprize me, turns a blind eye. I found busted up glass in my food the other day, did I tell you that? Fucked up, huh? Jo I've said it before and I'll say it again as a friend, get your shit together. Don't let your desires control you. It's not worth a shattered life. Don't pursue your desires. Put them in the dark depths of your mind and build walls of protection or you'll be hurt in the long r Do you understand me my friend? The DOC will continue to monitor your mail. Never ever oubt that and never ever take it lightly, got it? Laws change every year. As a child apist/molester you (& too) am law life in their views. In my heart I know what nd why I did what I did and I am 100% confident I'll never allow such things to happen ver again. I'll not shatter the rest of my life. I've too much to Acomplish in th cur. I have left in this world. Jos I'll have 13 years 10 months in come Feb 11ᵗʰ, d. Sure, I forfeited the prime years of my life. I can never regain lost years. I can't ring my dad back, my uncle back, my life long sweet heart Karen O., nothing can ing back what I've lost. Sure matarialistic stuff I'll replace And surpass in a year or less ut Jos the pain never can be erased ya know? I'm getting into dangerous turf and "im pulling back now. Sorry. Maybe as we talk more you'll see a side of me I don't

(10)

Exhibit # 105
page 12

let show very much and then only to very very few people in my life. Currently nobody will get to my heart & soul feelings, maybe never again. All I want above anything is to be free and live my life. Fuck the crazy shit Joe. I'm tired, you know what I mean. Shit, I spent over 600.ºº in legal matters between here & there for what? Nothing has changed at all for the better. I'dve been better putting 600.ºº in the bank! Oh well I'm going to pace like a cage animal for now, till lunch anyway, to burn of some of this dispare. I'm slowly drowning in _ BLE

I'm back. Its like I'm the tier is outside for rec now. I don't care to go out. Its salt in a wound for me to go out in a dog kennel. Todays a mail day but I probably won't get any with these punks fucking with my mail. Speaking of which as of the end of June don't write to me anymore until I specifically ok you to do so. I'm starting to think I might get fucked over and have to stay here (state prison) for the extra 6 month county Jail sentence. If thats the case I'll inform you. The best thing to do after the end of June is to simple write but don't mail the letters. I'll keep you informed but I intend to shut down all the mail except legal and even that if I do what I'm thinking of doing. I'm going to withdraw all the lawsuits. As a matter of fact I want to write up the motion now. I'll get back to you later Joe. Don't worry our friendship is strong enough to handle anything!

About 3:¹⁵ pm Phew! I just finished writing 7 seperate motions ᴸ ᴾᵃᵍᵉˢ And A 2 page Affidavit in support of the motion. 7 seperate motions but virtually the same, one for each of the 7 civil actions. I had to rush getting the "request for legal copies" done and stuffed it all in a 9x12 and address it to the case worker As the cop kindly wanted - he's decent. Have to get 2 copies of the motions and 20 copies of the affidavit then mail it to the court and defendants attorney And put my copies in each case file. I used some very strong allegations to support my motions "the Judge is bias, the defendants comitt illegal acts, the court refuses to protect me legally" and more. I'm requesting that all 7 actions be consolidated

(12)

Hey now! It's 6-4-02 about 9.⁰⁰ am. Just scored some envelopes so I'll end this BOOK now and stuff it in the envelope to be mailed today.

Stay true
Stay real
Stay on your knees I'm almost there ☺ Ha ha ω

6-4-02 6³⁰ pm
I didn't set stamps tonight.
They're playing games. Pay back
is a killer though!
I'm mailing this tomorrow via purchase slip.

NEVER SURRENDER.

I want AC's Sweet nectar ☺ oh huh it mmm mm good!

$Exhib.$   **EXHIBIT**

"G"   $ct$

## DEPARTMENT OF CORRECTION
## NOTICE OF DISCIPLINARY HEARING

TO: **JOSEPH SCHMITT**                                    I.D. #:   **W-57126**

Re: Disciplinary Report #:        **02-1134**            Date:   **06/12/2002**


You have been charged with a disciplinary offense(s) which has been referred to the Hearing
Officer for a hearing. A description of the offense(s) is contained in the attached Disciplinary
Report. Your disciplinary hearing has been scheduled for:

**06/19/2002**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request
other witnesses, and/or request a taped hearing, please fill out the attached Request for
Representation/Witness Form. If you wish to request evidence, please fill out the attached
Request for Evidence Form.

Notice Served By:_____ Date: _6 - 14_ Time:_9.30 am_

Inmate's Signature:_____ Date:_____ Time:_____

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this
acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/
Witness Form, and Request for Evidence Form to:        **JOSEPH SCHMITT**

(Inmate's Name)

and he refused to sign.

Staff Person's Signature:_____ Date:_____

Print Name:_____ Time:_____

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be
notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that
date.

MCI Cedar Junction

page 2    6/19

## MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
## DISCIPLINARY REPORT

INMATE:___Joseph Schmitt____ ID#:_W-57126_____ HOUSING UNIT:__WWSU # 7_____

DATE:____June 12, 2002_____ D-REPORT NO.:___02 - 1134_____

OFFENSES(S) & CODE NO.:___#2; #18; #19; #32; #33_____

MINOR_____ (MAJOR)_____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ REFER TO SPECIAL DDU HEARING OFFICER_____

### DESCRIPTION OF OFFENSE(S):

On June 11, 2002 inmate Joseph Schmitt violated departmental rules by authoring a letter that was sexually explicit and threatening in nature. Inmate Schmitt referred to this reporting officer as a "Zebra" and stated he was going to "slam a lawsuit up my ass". Inmate Schmitt also made statements of authoring a story about a cop and his family who are "visited" by an angry ex-con and rape, torture, murder are mentioned. It should be noted inmate Schmitt is scheduled to be released in August 2002.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES_____ NO_____

REPORTING STAFF PERSON'S SIGNATURE_____
                                    Carter Thomas, C.O. IPS

DAYS OFF___F___/_S___        _____
SHIFT___7___/___3___              (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE_____ Date:6-12-02

DISCIPLINARY OFFICER'S SIGNATURE_____ Date:6-13-02

APPEAL RESULTS_____

REVIEWING AUTHORITY_____ DATE:___

**OFFENSES:**

2.  VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY-BASED PROGRAM.

18. FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE AGAINST HIS PERSON OR PROPERTY.

19. USE OF OBSCENE, ABUSIVE, OR THREATENING LANGUAGE, ACTION, OR GESTURE TO ANY INMATE, STAFF MEMBER, OR VISITORS.

32. VIOLATING ANY LAW OF THE COMMONWEALTH OF MASSACHUSETTS OR THE UNITED STATES.

33. ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.

REPORTING OFFICER'S
SIGNATURE:_____  TITLE:_____

*Exhibit*
*13 pages*

# DEPARTMENT OF CORRECTION

## EVIDENCE PRODUCED TO INMATE FORM

*Received*
*6-18-02*
*JPS*

**TO:** Joseph Schmitt  W-43889
   Inmate's Name

**FROM:** Sergeant Ernest J. Therien
   Disciplinary Officer

**RE:** Disciplinary Report #: 02-1134

## EVIDENCE PRODUCED TO INMATE (ATTACHED)

1) One eleven page letter (w/ envelope) written by Inmate Schmitt.

## DENIAL OF REQUESTED EVIDENCE AND REASON FOR DENIAL

1)
REASON FOR DENIAL: N/A

2)
REASON FOR DENIAL: N/A

3)
REASON FOR DENIAL: N/A

Served by:_____ Date:_____ Time:_____

Inmate Signature:_____ Date:_____ Time:_____

****When an inmate has been given copies of the above enumerated documents, but refuses to sign this acknowledgment, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this EVIDENCE PRODUCED TO INMATE FORM with the identified documents to _____ and he refused to sign acknowledging receipt.
      Inmate's Name

Staff Person's Signature_____ Date:_____

Print Name:_____ Time:_____

Exhibit
page 2

Joseph T. Chavez  43899
Lea County Corr. Facility
6900 W. Millen Dr.
Hobbs, NM. 88244

(Pay attention to the pg #'ing)

page 2

Joe                                                                5-30-02

Hi, Scrotum Nibbler 😝 This is letter twelve 😊 6 pages 12 sides 😊

It's about 11:30 am Just ate lunch. As I peeled the long fat banana
I thought of your LSD 😝 ah Yeah! and decided to start another letter to you. I
got some legal stuff done up earlier Now it'll go to the case worker to bring to the
libraryman to copy it. I'll probably get it back late next week. I'm aggravated that
I can't find some documents I need. I'm pretty sure I've got them still but can't find
'em. I might have accidentally trashed 'em the other day when the "lighten the load"
mood struck me. As a matter of fact I'm gonna do a thourough search now before
it drives me nuts. I'll get back to ya later bro —

I'm back, it's 3:30 pm. Didn't get to search for the document cause the
property guy brought my legal copies (which I sorted and already sent out to be
mailed) and 18 letters I've had to send to the caseworker cancelled to be processed with
a purchase slip. 5 letters were yours! I mailed your 5 in a 9x12 And the rest
I'm sending to Diana except for 2 legal ones I needed mailed quicker. The Latino
dude heard me go off on the screw about this dumb shit and sent me 10 stamps.
See what I mea about Latinos boo. There's a couple of Niggers And 3 whites and 1
Latino and me on this tier. Only the Latino guy looked out! Nigers & white trash did
shit! Anyway hopefully the 3 stamps on your 9x12 is enough. I'll know
soon enough Either way it'll get mailed cause I included a purchase slip for
Any extra postage due on yours and Diana 9x12 envelope. 5 envelopes in
yours, 14 in Diana's and 2 I mailed out with a stamp. 10 stamps in all
Mail call — Just 3 money receipts 200⁰⁰, 100⁰⁰ and 100⁰⁰ 😊 No
love from my Homo Mexican Jumpin Bean 😝. Also got the Free Press
Religious monthly paper. Yes, I'm religious but like you have issues. Anyway I just
stole a quick look and its that time of the year that this place asks for adopt-
a-kid donations so inner city kids can go to camp for 5 days. Its 35⁰⁰
per kid for a week. Last year I donated 35⁰⁰. It's a good cause and the

Exhibit # 101
page 4

place "Union Rescue Mission P.O. Box 685, Hagerstown, MD 21741-0685 are good people. Its a shelter for homeless / church thing. I might donate 35.⁰⁰ if these jerks allow me to spend my $! Write to them Joe and ask for the "free Press" News paper. Fuck you buddy, I'm not trying to force religion on ya. The paper has some interesting stuff. Try it and if you don't like it spend a stamp and let them know you don't want it sent to you anymore. Shit show already! Catch ya later!

I'm back "," Guess what? That ZEBRA CARTER THOMAS Actually wrote me up for receiving 400.⁰⁰ from the publisher! I knew he was the PUNK Gonna be [redacted] Nigger who was holding up Diana's Affidavit and the Checks. Its so nice of this STUPID NIGGE to VIOLATE MY CIVIL RIGHTS Again so now I'll file a new law suit, pay the 180.⁰⁰ filing fee and bend that Zebra over like a punk bitch and right up his Ass I'll slam a law suit and I GUARANTEE You I'll Get Paid! By the way luke free I'm going to write you A kick ass story about A cop and his family who gets visited by An Angry ex-con. Murder, Guts & Blood, Rape, Torture, the whole nine yards. Joe, its nothing but harassment. I'll have it in court within 6 weeks, probably sooner. Oh and this Nig Nog swine Carter Thomas goes on record to Allege I'm telling Diana what to say in her Affidavit! Like I'm scamming and making lies up! I told her what to write sure, told her to indecate what I've wrote & sold her since '89, how much I can sell her and stuff like that and why she handles my checks and how come she had the ⁸1162.⁵⁴ check for my mom And other FACTS. Nothing is a lie everything said can be verified and will be come trial time. I'VE Already got a bench of evidence put together which is Already exhibited in other law suits so this'll be An easy law suit. I'll sue the Nigger, the d-board and superintendent And the DOC And Commissioner. Oh well let me get back my navel Then I'll probably dack of and think about that Nig Nog death!

② ∴ ∴

Eve May 31, 2002. 9³⁰ Am. Just showered and shaved the beard & mustach off. Big big difference. I feel naked now! I let it grow out (beard) around Labor Day which'll give me a thick beard by February 03. I wrote up an Injunction motion last night. I got it to the court ASAP. I'm seriously considering taking it to the District court (Feds) since the superior court is pretty much lame ducks. Anyway I'm not in the mood to write and since I have no envelopes anyway (or stamps) I'll have to wait till Wed or Thur for supplies. I think stamps are passed out on Tuesdays now. I'll find out when it happens right? I'll get back to you my chubby cheeked water mellon head friend ☺

I'm back after an entire day of napping and reading. I had some very nice, weird and cool dreams. Spent time in a Nuke fast attack sub i.e, fishing with my nephew Jack for trout ☺ ☺, went on a mission taking out the "trash" with two 45 glocks. Do you know the damage a 45 slug does? Do you know what I've always wanted to own and had the delightful opportunities (twice) to shoot one? A Tommy gun! Joe it was fucking awesome. I know (still do) a very cool dude a viet nam vet who owns A lot of open/wooded land. Well he shows me this beautiful Tommy then tosses me a fully loaded barrel clip. I don't know how many rounds but let me tell ya I tore apart the waist up target of a person and the 2½ inch back stop of ply rod 3 ¾ in sheets. I felt like a 1920's Al Capone! I tell you it made me step back, at first with the body slamming recoils. I was in solid condition too at that time. Give me full body armor, 10 spare clips with one already locked in and I'll wreck a parking lot full of scene ☺ ☺ Yeee hah! I almost bought it, but my dad wouldn't go for it i.e. Then I fucked up and get arrested after I missed the test by ONE point to enter the armed forces. I wanted to be a Ranger. My thing was lets go to war and shoot shit up! I was invincible back then Joe, at least I thought so anyway. Hell fire in my heart. Scared of nothing um I Just had a flash (way) back! I wasn't even thinking about puberty, say 10 or 11. I was a nut farm for kids. Had a chip on my shoulders the size of Texas & basically didn't start shit at all But if you fucked with me I'd smash your grill & sell. I didn't want to take the meds they tried to give me. It made me feel weird.

④

Exhibit # 101
page 6

Now I know it was "stored". Well I was playing pool with this black girl - she was hot shit on the felt table - And we were betting on the game. This stupid little faggot, decided to snatch the cue ball. I was up to sink the 8 ball. The girl barely missed her bank shot. I don't remember the fine details but I whipped a ball at the S.L.F. An it busted his mouth up [crossed out] And I simply picked up the cue ball and told the other female staff if they kept fucking with me I'd beat their heads in. I had a 3 piece custom pool stick - A gift from my uncle Joe. I grew up an a pool table. The colored girl was 100% street hood and hyped me up and stuck with me "Pinky and the Brain" taking over the rest harm is Well not long after my "vicious assault" on the Stupid Little Faggot (Yeah he was sucking a few of our little pricks) a state cop showed up. I was young and well to me a state cop was like what a Seal is to the Navy or Ranger to the Army - understand? I was both scared and thralled! They sent the boy to take me down is I was shooting pool myself now. The girl got bored (or scared?). The Trooper was huge - I'm only 10 or 11 pretty light in the ass, ya know? He told me to rack the pool stick away and be a good little fellow and go for a ride with him so we could talk. I wasn't interested in going to Jail. Cops take you to jail I alread, know that! I broke down my stick and put it into the case - keep the big slate pool table between me and the Trooper. I snatched up the bridge pool stick and let my temper flow. I was a little hulk is Well he must've had a son like me cause he race right at me threatening to put me over his knee And spank me silly! I hit him with ever bit of rage-strength and that stick snapped over his shoulder and he grabbed my left arm And slammed me onto the pool table folded over with my left hand so far up between my shoulder blades that my arm broke. I was hurt really bad. Tears and all! The fucker hand cuffed me behind my back tight. It was a long [crossed out] ride from middle town to Montville. My both hands were num and my arm was numb and painfull. My folks didn't see. I guess they didn't know much about such things. I was in the custody of the state and they told my folks I got hurt resisting the Trooper. Yep My fault - A 60 pound 4'8" 10 year old little boy! Anyway the only mail I get was a savings to person form. Its approved for 27.57

(5)

but I don't know why its so much. I'll find out soon enough I suppose. Oh well I guess I'll read for a while now ⬤ Man this pen sucks! I'll write more later on or tomorrow. ☺ This'll be a long long letter since I have to wait for envelopes.

I'm back! Couple hours later now. I was reading then I simply laid back & enjoyed the thunder shower. I love this weather Joe. The more I think about it the more I doubt I'll be content in a state with no sea shore. Oh well we'll just have to wait and see, right? I see lots of good in NM still. I just want get my life back Joe. Fuck the crazy shit, ya know. I was thinking about a small diner in Dessett Cty, Ct. It's a converted camper trailer, a big silver dome. Well I used to eat breakfast there a lot when I worked out that way. I'm thinking when I get my life back in Feb 03 I'll go there for a kick ass breakfast. 20 oz glass of pulpy OJ freshly squeezed, never ending cup of JAVA, a dozen (12) sunny side up eggs - yokes nice and gooey, 12 slices of toast with plenty of butter's. And a slab 1lb of bacon, nice and crispy. Can you smell it?? And a 1/2 dozen hash browns. There like a square tish patty, you know? Oh I forgot to mention the big bottle of Katsup and the black pepper and salt ☺☺. No shit Joe I just often ordered a special order like this at the diner. I had a 32 in waist and a 44 inch chest with solid shoulders, neck and arms. Working concrete made me bull strong. I don't recall the chiefs or waitress' names but the first time I ordered the breakfast they thought I was crazy. I sat at the counter right near the grill and ate it up. I left a $5.00 tip and for like 2 months straight I ate breakfast and lunch there. The cook was the owner and he made exceptions to the way they billed my meals. He didn't feel right charging me like 20.00 a day mostly for breakfast. I didn't care I was pulling crazy $ working for Dick Macken. 12.50 an hour and 25.00 after 60 hours. During winter a 14-16 hr day was normal. I lived at home still so basically had no bills. Yeah I paid $100.00 a week Room & board which helped my folks save there money.

Exhibit # 101

Page 8

I had some buddies who shop lifted for a living so it wasn't hard for me to get brown bags filled with beef, chicken, pork, fish in all variety plus canned veggies and all sorts of fruits and fresh veggies. The first time I came home with the Mercury Marquis station wagon loaded the back seat down so it was like a pickle up truck's bed space with a couple of associates my mom and Dad didn't know what was up till we used the calculator to add all the stuff up. I filled up 4 carts - BULGING FULL. I got the stuff my folks really liked but couldn't afford often. Mom repackaged all their meats, and Dad and I stacked up the canned goods. There was over $1,500.°° of groceries I paid 100°° each to them and they were very happy. Once a month or twice a month I'd get a list from mom & Dad and go shopping with these two guys. Back then you could litterally walk out of the supermarket with a bag filled with cartons of smokes. My associates got me all the smokes I wanted. Marlboro reds for me, Salem 100's for mom, Marlboro 100's for my cent sister, Kools for my brother Linus, Marlboro red for his wife Annette. Also pall mall reds for my uncle. I'd charge $5.°° a carton Only mom got 'em free. I did a lot of shop lifting back then just for the thrill. Lots of tools mechanic, carpentry, dry wall, concrete etc. No more shit like that for me I'll be a model Joe citizen here on out Really Scouts Honor only Just took my meds. As of tomorrow I'm stopping it all off. No more meds. Hopefully the ringing in my ear will go away. Just about 9½ weeks left, bro! Then the county jail sentence and then freedom - I hope. Well I'll fall back for now ok? I'll write more before I call it a night.

_____

Sat. June 1st, 2002 about 6pm Just Smoked "Harmful Intent" by 'ebra Cook. It was ok I guess ½ way through I found the name of a car I couldn't think of in a recent letter about cars, Pontiac Fiero. A friend of mine, Nicky, A young Italian stallion I, had one. Metallic red? It was sharp little ride. Any way I'm gonna nap now, catch ya later—

Its 6-2-02 about 2pm, Slept the morning away and for the past few hours I've y
thought about stuff as I kicked back on the bunk with the lights off. Once again I've marked
out the 9x12 envelope containing 5 seperate, sealed white envelopes for you. Theres 4 other
on the postage so I'm sure its enough postage. I'm fairly bored. Didn't write any per
letters yesterday. Just wrote 7 seperate 1 page motions, a nasty gram to the DOC
commissioner, and another note to the case worker. I'm going to withdraw all my
civil actions Joe. I'm going to pursue justice, my justice, when I'm out of here
Tick tock, tick tock, don't cha know theres a .45 g'clock ☺. I've shot 22, 32,
9mm, 380, 25, 357 mag, 44 mag and a 45 and let me tell I'd rather have a 4
for a life & death situation. 22, 32, 25, 38, 9, 380, will bounce off a windshield. 357
and 44 will blast through a car's doors. For dead stopper, power a 45 will put a 3
sized hole in your chest and rip your freking back off! 44 & 357 simply plow
right through. The other cal's vary and if the person has a vest you won't do much
em. A chest shot with a 357 or 44 or 45 without doubt will slam the heart f
a flat liner! I don't know, from the day I shoved my dad's military 45 under my
brothers nuts to put an end to the sexual abuse, I've had a strong preference for a 4
pistol, I also picked a 30-30 for big game. (I've used 308 3006 and 222)
and of course for quackers I use a 10 or 12. For squirrels, rabbit, partridge,
quail, pheasant I range from a over and under .22-410 22,410, I think sweet le
or a 12 gauge. I had a 44 Ruger lever action rifle and an older 30-30 leve
action winchester Just like the "rifle man" used to use. Remember that western back
in the way back days? I I I had a lot of rifles and pistols before all that shi
Even had black powder pistols & rifles and the civil war type flent lock rifle
I went black powder deer hunting once with a .50 cal I'r. Man that
buck dropped without making a ½ step! Ripped his heart & lungs and shoulders
apart! I was in a ground level blind and the dumb fuck was like 15 feet from me! A 50
cal ball you can actually see it in flight! Its a bloody fucking cannon ball. I'll still
hunt even if I've got to do it with a bow. Ok its after 3pm mail just got picked up. Any
way I think I'll head over to Hawaii for a month or so of RR/BL I'r after I got the

wallet nice and fat. I'll want to do some serious sport fishing while I'm there. I also want to hit the Gulf of Mexico for great Tuna and sail fish. When I was still in my teens I wanted to go 3 places for real big game trophy hunting with my dad & uncle Joe — Alaska or Canada or Moose & Grizzly & Polar bear, Then right to Africa for Lion, Leopard water buffalow and rino and Elephant. Got the moose and a black bear with my dad. The fucking bear woulda rip'. Big bastard, pumped 5 soft tip 30 06 rounds in him myself head on face & chest he was up a tree but — I I wasn't brave but scared shitless and jammed new rounds into the file as I trembled behind a tree. That son of the devil bear to several high powered rounds from I and one or two more from me. Its face was blown apart! Fucker dropped about 25-30 ft from my tree. The Moose was huge but no challenge. One shot and it buckled to its knees. Ate both of em though. — Well so I guess I'll put this aside for now. Time to track back and think of better toxes part said to come. 8LF! ——— Go to pg 9 now

← Pay attention

11) and I'll pay the 185⁰⁰ filing fee to appease the defendants who deny me any access to my funds which is illegal, and if this isn't granted, alternatively I move the court to dismiss all the actions without prejudice so I can consolidate and refile the lawsuits in a federal court where I'll obtain justice and won't be boned by the court. No. I did not suck the court judges ass. I told it how I see it by the facts provided thus far. Well mail is in due shortly so I'm going to fall back and play with my little heavy cock now —
By the way I hope I didn't cuntfuze you too much with the page #'s. I just put "← Pay Attention" and "Go to pg 9 new —".

If you yllaer nialpmoc ll'I kcuf you up by
writing like this all through this letter

↑

CAN you read upside down, backwards — NA NA NA

its 6-3-02 about 10 am now. I was up till the crack of dawn reading book 1 of "The wheel of time" fantasy series. I read book 2 already and now have 8,7,6,5,4, and 1 & hope to find 2 & 3 but who knows. I read like 150-175 pages last night and between the small print, bad lighting, abnormal sleepy and med withdrawl - haven't taken any meds since the 31st of may. Trying to clear my system. Anyway as you see I jumped to a new eye leaving 8 ½ done. I got didn't feel like talking with it, got a problem with that, he thought so. I've got 2 law suits ready to be served to the defendants setting on his rich/ desk but I'm simply waiting for the court to answer my motions first. Why spend $00 -60.00 mailing it 2x2 envelopes if Im going do withdraw em so I can settle em all in one huge multi-layered lawsuit, right? That way I'll just pay the 180.00 filing fee once - Im legally indigent or not this way the DOC nigger dicks with shit from her ass where attorney Julie E (as in EZ) Dautrile can't delay the case like she's doing now. They know what they're doing is straight up corrupt and wouldn't float if I was represented by an attorney. Even the Judge, it dont surprise me, turns a blind eye. found busted up glass in my food the other day, did I tell you that? Fucked up, huh? Joe I said it before and I'll say it again as a friend, get your shit together. Don't let your desires control you. Its not worth a shattered life. Don't pursue your desires. Put them in a dark depths of your mind and build walls of protection or you'll be hurt in the long run & you understand me my friend? The DOC will continue to monitor your mail. Never ever doubt that and never ever take it lightly, got it? Laws change every year. As a child rapist/molester you (& too) am low life in there views. In my heart I know what & why I did what I did and I am 100% confident I'll never allow such things to happen ar again I'll not shatter the rest of my life. I've too much to Accomplish in the wir & have left in this world. Joe I'll have 13 years 10 months in come Feb 11th 03 or, I forfeited the prime years of my life. I can never regain lost years. I can't say my dad back, my uncle back, my life long sweet heart Karen O., nothing can say back what I've lost. Sure materialistic shit I'll replace And surpass in a year or less & Joe the pain never can be erased ya know? I'm getting into dangerous turf and is pulling back now. Sorry. Maybe as we talk more you'll see A side of me I don't

let show very much and then only to very very few people in my life. Currently nobody will get to my heart & soul feelings, maybe never again. All I want about anything is to be free and live my life. Fuck the crazy shit Joe. I'm tired, you know what I mean Shit, I spent over 600.00 in legal matters between here & there for what? Nothing has changed at all for the better. I'd've been better putting 600.00 in the bank! Oh well I'm going to pace like a cage animal for now, till lunch anyway, to burn off some of this dispare I'm slowly drowning in   BLF

I'm back. It's like 1pm the team is outside for rec now. I don't care to go out. It salt in a wound for me to go out in a dog breed. Todays a mail day but I probably won't get any with these punks fucking with my mail. Speaking of which as of the end of June don't write to me anymore until I specifically ok you to do so. I'm starting to think I might get fucked over and have to stay here (state prison) for the extra 6 month county jail sentence. If thats the case I'll inform you. The best thing to do after the end of June is to simply write but don't mail the letters. I'll keep you informed but I intend to shut down all the mail except legal, and even that if I do what I'm thinking of doing. I'm going to withdraw all the lawsuits. As a matter of fact I want to write up the motion now. I'll get back to you later, Joe. Don't worry our friendship is strong enough to handle anything!

About 3:15 pm Phew! I just finished writing 7 seperate motions and A 2 page Affidavit in support of the motion. 7 seperate motions but virtually the same, one for each of the 7 civil actions. I had to rush getting the "request for legal copies" done and stuffed it all in a 9x12 and address it to the case worker as the cop kindly waited - his decent. Have to get 2 copies of the motions and 20 copies of the affidavit then mail it to the court and defendants attorney and put my copies in each case file. I used some very strong allegations to support my actions, "the Judge is bias, the defendants commit illegal acts, the court refuses to intuit me legally", and more. I'm requesting that all 7 actions be consolidated

(12)

Hey new! It's 6-4-02 about 9:00 am. Just scored some envelopes so I'll end this BOOK now and stuff it in the envelope to be mailed today

Stay true
Stay Reel
Stay on your knees I'm almost there :) Ha ha w------

6-4-02 6:30 pm ?
I didn't get stamps tonight. they're playing games. Pay back is a killer though! I'm mailing this tomorrow via purchase slip.

NEVER SURRENDER!

I want AC's Sweet nectar :) uh huh it mmm mmm good!

DEPARTMENT OF CORRECTION
NOTICE OF DISCIPLINARY HEARING

**EXHIBIT**
H

TO: **JOSEPH SCHMITT**                     I.D. #:    **W-57126**

Re: Disciplinary Report #:    **02-1288**          Date:   **07/02/2002**

You have been charged with a disciplinary offense(s) which has been referred to the Hearing
Officer for a hearing. A description of the offense(s) is contained in the attached Disciplinary
Report. Your disciplinary hearing has been scheduled for:

**07/19/2002**

(Date of Hearing)

If you wish to be represented, request the presence of the reporting staff person, request
other witnesses, and/or request a taped hearing, please fill out the attached Request for
Representation/Witness Form. If you wish to request evidence, please fill out the attached
Request for Evidence Form.

Notice Served By:_____Date:_____Time:_____

Inmate's Signature: _____ Date: _7-3-02_ Time: _6:40_

***When an inmate has been given copies of the above enumerated documents, but refuses to sign this
acknowledgement, the staff person who delivered the documents shall complete the following:

I personally delivered copies of this Notice, Disciplinary Report, Request for Representation/
Witness Form, and Request for Evidence Form to:         **JOSEPH SCHMITT**

(Inmate's Name)

and he refused to sign.

Staff Person's Signature:_____Date:_____

Print Name:_____Time:_____

**The actual scheduling of the hearing may be delayed if circumstances require; however, you will be
notified of the actual date of the re-scheduled hearing at least twenty-four (24) hours in advance of that
date.

MCI Cedar Junction

# MASSACHUSETTS DEPARTMENT OF CORRECTION
## MCI-CEDAR JUNCTION AT WALPOLE
### DISCIPLINARY REPORT

INMATE: Joseph Schmitt _____ ID#: W-57126 _____ HOUSING UNIT: WWSU #7 _____

DATE: July 2, 2002 _____ D-REPORT NO.: 02-1288

OFFENSES(S) & CODE NO.: #18; #19 _____

MINOR_____ (MAJOR)_____ REFERRED TO DISTRICT ATTORNEY_____

MAJOR_____ REFER TO SPECIAL DDU HEARING OFFICER_____

DESCRIPTION OF OFFENSE(S):
On July 1, 2002 at approximately 8:50 a.m. the Superintendent's Office received correspondence from inmate Joseph Schmitt addressed to Peter Allen. In this correspondence he refers to a staff member as a "hunk of shit nigger" and stated that he will make this staff member "pay dearly" for his harassment. This letter is being held in the IPS Office as evidence. IPS Commander notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES_____ NO_____

REPORTING STAFF PERSON'S SIGNATURE _____
Patrick Mulvey, IPS

DAYS OFF___ F _/ S ___        _____
SHIFT_7 ___/___3___                (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _____ Date: 7-2-02

DISCIPLINARY OFFICER'S SIGNATURE _____ Date: 7/3/02

APPEAL RESULTS_____

REVIEWING AUTHORITY_____ DATE:___

OFFENSES:

*Exhibit 1 page 3*

18.  FIGHTING WITH, ASSAULTING, OR THREATENING ANOTHER PERSON WITH ANY OFFENSE
     AGAINST HIS PERSON OR PROPERTY.
19.  USE OF OBSCENE, ABUSIVE, OR THREATENING LANGUAGE, ACTION, OR GESTURE TO ANY
     INMATE, STAFF MEMBER, OR VISITORS.

REPORTING OFFICER'S
SIGNATURE:                                                    DATE:  7-2-07

Exhibit 107    COPY

6-27-02

Peter Allen:

RE: Harassment by Defendant Carter Thomas

Be Advised, that once again, your IPS CO Thomas is abusing the disciplinary system to obtain personal vengeance against me because it is my opinion that he is a "hunk of shit nigger" and is my intention to "make him pay dearly for his vindictive harassment".

On 06-20-2002 said IPS CO/Defendant in several lawsuits filed by me wrote D-report 02-1223, because I exercised my 1st Constitutional Amendment Right by expressing my opinions and expectations to an adult friend via mail.

As the Superintendent of MCI-CJ and direct supervisor of the IPS I demand that you instruct IPS CO Carter Thomas to cease his harassment or I will without doubt file yet another lawsuit against you for Supervisorial Negligence and violation of my 1st and 8th Constitutional Amendment right. I'll also file suit against Carter Thomas, William Grossi and every other MCI-CJ public employees involved in this specific issue. I will not accept corruption and HARASSMENT!

Sincerely,
Joseph P. Schmitt
Joseph P. Schmitt W3712

CC: IPS File
    Julie E. Daniele