UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action No.
05-10571-RWZ

Joseph Peter Schmitt, pro se
    Plaintiff,

-vs-

Carter Thomas, et al
    Defendants

## Plaintiff's Motion to Amend Complaint

Now comes the pro se plaintiff and moves this Honorable Court to allow him to amend his complaint, which has yet to be served against any defendant.

Plaintiff amends his complaint as follows:
Under the Caption "FACTS" paragraph "8" plaintiff incorrectly indicated, "Plaintiff received absolutely no response on any of his complaint letters." TO AMEND HIS COMPLAINT PLAINTIFF ADDS the following to "Facts paragraph 8"; Plaintiff wrote to Peter Allen on 6-27-02 regarding staff abuse. Instead of relief, plaintiff did in fact receive yet another disciplinary report. See MCI-CJ D-report No. 02-1388 attached to complaint as Exhibit "H".

(1)

WHEREFORE, plaintiff prays this Honorable Court accept the noted Amendment to his complaint.

Dated: December 30, 2005

Respectfully filed

*Joseph P. Schmitt*

Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324