Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324

FILED
IN CLERKS OFFICE

2006 APR 10  P 1: 10

U.S. DISTRICT COURT
DISTRICT OF MASS

Lisa Urso, Clerk
US District Court
1 Courthouse Way, Suite 6110
Boston Ma. 02210

April 4, 2006

Dear Ms. Lisa Urso,

    I have the following case before Judge Zobel. I request an updated docket sheet on each case and also regarding case numbered 1-4 I would like to know why the case has not been acted on after such a long period of time.

    #1,  Schmitt v. Thomas  05-10571-RWZ
    #2,  Schmitt v D.O.C.  05-10573-RWZ
    #3,  Schmitt v D.O.C.  05-12580-RWZ
    #4,  Schmitt v Keele...  05-12616-RWZ
    #5,  Schmitt v. Smith  04-10451-RWZ
    6,  Schmitt v. Mulvey  04-10717-RWZ

    Also, I recently filed a civil action/TRO via US Mail to this court entitle Schmitt v. Ma. DOC, John Dankievitch, David Leonard, Shellia Smith, Robert Murphy, Steve Fairly, Robert