UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH P. SCHMITT, pro se, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARTER THOMAS, et al., )<br>)<br>Defendants. ) | C.A. No. 05-10571-RWZ |
| JOSEPH P. SCHMITT, pro se, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MA. DEPARTMENT OF CORRECTION, )<br>et al., )<br>)<br>Defendants. ) | C.A. No. 05-10573-RWZ |

ORDER ON PLAINTIFF'S MOTIONS
FOR RECONSIDERATION

Now before the Court are plaintiff's motions for reconsideration of the denial of his applications to proceed in forma pauperis under 28 U.S.C. § 1915 in the above captioned actions. Upon review, the court hereby GRANTS the motions to reconsider in both actions (Docket No. 7 and Docket No. 5, respectively).

Plaintiff's applications to proceed in forma pauperis under 28 U.S.C. § 1915 are hereby GRANTED, and it is FURTHER ORDERED that the Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 4/14/06                                                          s/ Rya W. Zobel
DATE                                                               UNITED STATES DISTRICT JUDGE