```
                UNITED STATES DISTRICT COURT
                  DISRTICT OF MASSACHUSETTS
JOSEPH PETER SCHMITT, pro se.                CIVIL ACTION NO.
     Plaintiff,                              05-10571-RWZ
                              2006 MAY 10 P 12:27   05-10573-RWZ
     -vs-                                           05-12380-RWZ

CARTER THOMAS, et al.,
MA. DEPT. OF CORRECTION, et al.,
MA. DEPT. OF CORRECTION, et al.,
     Defendants.
```

PLAINTIFF'S ADDENDUM TO "PLAINTIFF'S EMERGENCY MOTION FOR COURT ORDER" DATED APRIL 28, 2006.

Now comes the Plaintiff and moves to add further documentation to his original emergency motion for court order.

Plaintiff states the following facts under pains and penalties of perjury.

1. On the morning of May 2, 2006 Plaintiff deposited a legal size #10 white envelope pre addressed to "United States District Court, Office of the Clerk, 1 Courthouse Way, Suite 2300, Boston, Massachusetts, 02210." See attached exhibit A.

2. During the 4PM mail call on May 3, 2006 Plaintiff received the above described item of mail back.

3. Attached to the above item of mail was the Bridgewater Complex Charge Slip Plaintiff originally attached to the item of legal mail for postage due. Also attached was a small stick em note stating, " Per CPO Marrow Return to sender Needs Stamp. Mail Room PC." See attached exhibits "B" and "C".

4. Plaintiff has reviewed all relevant CMR Policies and he is unable to find anything that would benefit the defendants in their continuous actions to deprive my unhindered access tot he courts and or defendants of legal action filed in this court and the state courts.

5. PLaintiff is being repeatedly violated by the defendants and any and all attempts to resolve it within the administrative levels has been fruitless. The defendants act with no regard towards this pro se plaintiff, and leaves his no option but seek a court order.

WHEREFORE, Plaintiff prays this Honorable Court Issue an emergency order instructiog the DEpartment of Correction to process PLaintiff legal mail without delay, whether he uses a charge slip for postage or a US Postal Stamp.

Signed and dated under pains and penalties of perjury this 4th day of May 2006

*/s/ Joseph P. Schmitt*
Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

## CERTIFICATE OF SERVICE

I Joseph P. Schmitt hereby certify that a true copy of the above was served to the Department of Correction legal department at the Bridgewater Treatment Center via institutional mail on or about May 5, 2006.

*/s/ Joseph P. Schmitt*
Joseph P. Schmitt, pro se

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

United States District court
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, Massachusetts
02210

This correspondence is forwarded from a Massachusetts Correctional Institution. The contents may not have been evaluated and the Department of Correction is not responsible for the substance or content of the enclosed material. If you have received unwanted correspondence from this inmate call 1-866-884-2846 to stop future correspondence.

EXHIBIT "B"

## BRIDGEWATER COMPLEX CHARGE SLIP

CIRCLE ONE: (MTC)   OCCC

DATE: 5-2-06

CHARGE $ .39 TO THE ACCOUNT OF

INMATE NAME Joseph P. Schmitt

COMM # M-81137

PAYABLE TO: US Postal Service

FOR: Legal Mail to USDC re 05-11348-NG
05-11603-NG
motion for reconsideration do to Clerks Error

INMATES SIGNATURE: [signed]

APPROVED BY: _____

CK # _____ DATE PAID _____