UNITED STATES DISTRICT COURT

JOSEPH PETER SCHMITT, pro se,

    Plaintiff,

-vs-                           Civil Action No. 05-10571-RWZ

CARTER THOMAS, et al.,

    Defendants.

MOTION FOR RECONSIDERATION AND
WRITTEN MEMORANDUM OF DECISION

   Now comes the pro se plaintiff and moves this Court for a reconsideration on Motions P#12 and P#13.

   Plaintiff further moves this Court for a written memorandum of decision regarding the reason said motions are being denied by this Court.

   As grounds plaintiff simply states that he is well within his right to request and receive a written memorandum of decision so he may file further appellate action if he deems necessary in his prosecution of this action.

   WHEREFORE, plaintiff prays this Court reconsider the noted denied motions and provide this pro se plaintiff with a written memorandum of decision so as he may prosecute his issues before a higher court and or Court Of Appeals as is his right.

Dated: May 25, 2006

Respectfully Filed,

Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Cc: MTC Legal Dept.