UNITED STATES DISTRICT COURT

JOSEPH P. SCHMITT,
    Plaintiff,

vs

DEPARTMENT OF CORRECTION, et al.,
    Defendants

CIVIL ACTION NOS.
05-10571-RWZ
05-10573-RWZ
05-12580-RWZ

## MOTION FOR COURT ORDER

    Now comes the pro se Plaintiff in the above entitled actions and moves this honorable court for an order to the clerk of the court to contact the United States Marshals Office and inquire as to the status of the above actions sent to said US Marshals Office for sevice to be conducted.

    As grounds for the above motion, Plaintiff states the following facts:

1.   On May 1,2006 Plaintiff mailed three seperate packages to the US Marshals Office. Each seperate package contained a complete set of copies along with individual summonses and process Receipt and Return Forms (FORM USM-285) required for each named defendant in each of the above actions.

2.   Plaintiff has sent two inquiry letters to the US Marshals Office regarding the three actions and have received no responses.

3.   Plaintiff is obligated to have service completed by a fixed date and if he fails to do so his actions can and shall be dismissed.

4.   Plaintiff has notified this courts clerks office about this and related matters and has received no responses.

5.   Plaintiff belives that unless this court issue the requested

order, he will eventually find himself having to deal with cases being dismissed due to said complaints not being delivered to the named defendants in a timely fashion. And furthermore, that as is the proven history, Plaintiff's future correspondence with the US Marshals Office and or clerks office for this court shall continue to be ignored.

**WHEREFORE**, Plaintiff prays this honorable court issue an order to the Clerks Office to have said clerk of court contact the US Marshals Office and inquire as to the exact status of all three actions noted above and to ensure that said actions are being served upon each and every defendant in each of the three actions noted above.

Dated: June 28, 2006

Respectfully Filed

Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230