UNITED STATES DISTRICT COURT

Joseph P. Schmitt,
    Plaintiff,

v.

MA. Dept of Correction, et al.
    Defendants

Civil Action No
05-10571-RWZ

FILED
IN CLERKS OFFICE
2006 JUL 18 P 2: 46
U.S. DISTRICT COURT
DISTRICT OF MASS.

## REQUEST FOR ENTRY OF DEFAULT

TO: Clerk of the Court.

You will please enter the default of defendant MA. Dept. of Correction for failure to plead or otherwise defend as provided by the Federal Rules of Civil procedure, as appears from the attached affidavit of plaintiff, Joseph P. Schmitt

July 17, 2006

*[signature]*
Joseph P. Schmitt
30 Administration Rd
Bridgewater, MA. 02324

UNITED STATES DISTRICT COURT

Joseph P. Schmitt, pro se,       FILED       Civil Action No
    Plaintiff,            CLERKS OFFICE      05-10571-RWZ
                        2006 JUL 18 P 2:46
v.
                        U.S. DISTRICT COURT
Ma. Dept. of Correction, et al,  DISTRICT OF MASS
    Defendants

### Affidavit for Entry of Default

Plaintiff, Joseph P. Schmitt, under pains and penalties of perjury hereby deposes and says:

1. I am the pro se plaintiff in the above entitled matter.

2. The defendant Ma. Dept. of Correction was served with a copy of the summons and complaint on May 12, 2006 by United States Marshal as appears from the proof of service on file. See docket entry #15.

3. The defendant Ma. Dept of Correction has not filed or served an answer or taken other action

1 of 2

as may be permitted by law although more than 67 days have passed since the date of service.

July 17, 2006

*Joseph P. Schmitt* (signature)

Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324

2 of 2