UNITED STATES DISTRICT COURT

JOSEPH P. SCHMITT, pro se.,
        Plaintiff,

v.                                          CIVIL ACTION NO. 2005-10571-RWZ

CARTER THOMAS, et al.,
        Defendants



MOTION FOR LEAVE TO AMEND COMPLAINT

        Now comes the pro se Plaintiff, Joseph P. Schmitt, and moves
this Court for a Leave of Action so as to amend the complaint.
        As grounds thereof, Plaintiff states the following.
1.    Plaintiff is civilly committed and in the care and custody of
the Department of Correction at the Treatment Center in Bridgewater.
2.    Plaintiff has limited access to legal material at the Treatment
Center's law library.
3.    Plaintiff has, within the past twenty four hours, obtained
legal materials that supports his action(s) before this Court, which
were not available at the Treatment Center's library.
4.    Partial service has been made in this action by the US Marshals
Office (Plaintiff has no control over or knowledge as to why all
defendants have not been served).
5.    Counsel for the defendants in this action, and plaintiff assumes
said counsel will also represent defendants in all other actions
of his before this court, has filed a motion to expand the time to
file a responsive pleading up to and including September 8,2006.
6.    Plaintiff's motion will not cause any harm or prejudice to
the plaintiff's opposing counsel whatsoever. In fact, it may only
serve to give strength to possible future motions by opposing
counsel to further expand the time to file responsive pleadings,
and plaintiff would not offer any opposition to this, if in fact
he files his amended complaint after the September 8,2006 requested
enlargement date by opposing counsel.

7.    Plaintiff is not a trained atorney, nor has he been afforded ample time prosecuting civil actions befor a jury (or Judge). The opposing counsel has all the benefits and a great deal more. In the interest of pure and simple justice Plaintiff should be granted as much benefits and leeway as possible without causing prejudice and/or harm to the defendants. The information Plaintiff has just obtained can and in his layman opinion will strengthen his action(s) and thus make the matter easier for the Jury (or Judge) to rule upon.

WHEREFORE, Plaintiff prays this Honorable Court GRANT the above motion and STAY this action until such time as Plaintiff files his amended complaint.

Dated: July 24,2006

Respectfully Filed,

Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, MA. 02324-3230