**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10571-RWZ |

FILED CLERKS OFFICE

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ernest Therien | Civil Rights Action |

2007 JAN 24 P 5:12

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Ernest Therien

**AT**  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

MCI-Cedar Junction, Walpole Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Joseph P. Schmitt<br>30 Administration Road<br>BRidgewater, Massachusetts<br>02324-3230 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case — **6** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold                                    Fold

If defendant can not be served at this above address then serve at MA. D.O.C. Legal Division  70 Franklin Street, Suite 600 , Boston Massachusetts

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 4/21/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | nancy Deluew | 5/9/06 |

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served (if not shown above) | | A person of suitable age and discretion then residing in the defendant's usual place of abode |
|---|---|---|
| Cheryl Mahen (DOC CJ Paralegal | ☐ | |
| Address (complete only if different than shown above) | Date of Service 1/19/17 | Time 1:12 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45. | see Carried USM 285 | | | | $45 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

JOSEPH P. SCHMITT

V.

CARTER THOMAS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05-10571-RWZ

TO: (Name and address of Defendant)

Ernest Therien    MCI-Cedar Junction. Walpole, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

```
Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230
```

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton
CLERK

DATE  4/19/06

(By) DEPUTY CLERK