UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH PETER SCHMITT
        Plaintiff

V.

THOMAS CARTER ET AL
        Defendant

CIVIL ACTION

NO. 05CV10571-RWZ

## JUDGMENT

ZOBEL, D. J.

In accordance with the ORDER entered on 7/9/07;

Judgment is entered DISMISSING the complaint..

By the Court,

7/9/07
Date

s/ Lisa A. Urso
Deputy Clerk