# United States District Court

Joseph P. Schmitt, pro se
Plaintiff,

v.

Thomas Carter, et al
Defendants

USDC CA# 05-10571-RWZ

## NOTICE OF APPEAL

Now comes the pro se plaintiff and give notice of his intent to Appeal the Court's, Rya W. Zobel's, July 9, 2007 rulings on docket numbers #29 defts motion to dismiss; #45 Plaintiff's Motion for Reconsideration re. #43; and #46 defts renewed motion to dismiss.

Plaintiff hereby requests this Court order its clerk to Assemble the record and forward such records to the U.S. Appeals Court in a timely fashion as statute dictates.

Dated: July 17, 2007

Respectfully filed

Joseph P. Schmitt
Treatment Center, Bridgewater Ma. 02324

Certificate of Service
A true copy of the above was mailed to counsel Jody T. Adams on or about 7-18-07