Joseph P. Schmitt

30 Administration Road

Bridgewater, MA. 02324

FILED
IN CLERKS OFFICE

2007 OCT 29 P 1: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

October 25, 2007

Clerks Office

U.S. District Court

1 Courthouse Way, Suite 2300

Boston, MA. 02210

RE:  USDC2005-10571-RWZ Schmitt v Carter, et al.

Dear Clerk:

The above case is presently under appeal. For my appeal I require a true copy of the following documents noted below. Please forward them to me as soon as possible. Thank you.

| Docket # | Date filed | Document |
|---|---|---|
| 15 | 05/22/2006 | U.S. Marshall Process Receipt and Return regarding Ma. Dept. of Correction |
| 27 | 08/25/2006 | U.S. Marshall Process Receipt and Return regarding Ma. Dept. of Public Safety |
| 39 | 01/24/2007 | U.S. Marshall Process Receipt and Return regarding Ernest Therien |
| 40 | 01/24/2007 | U.S. Marshall Process Receipt and REturn regarding Carter |
| 44 | 02/05/2007 | U.S. Marshall Process Receipt and Return regarding William Grossi |
| 29 | 08/31/2006 | Defts Motion to Dismiss |
| 46 | 04/13/2007 | Renewed Motion to Dismiss by Defts |
| 49 | 05/04/2007 | Opposition re. 46 Motion to Dismiss |
| 50 | 05/04/2007 | Addendum re 45 Motion for reconsideration |
| 45 | 02/20/2007 | Motion for Reconsideration |
| 53 | 07/09/2007 | Judge Rya W. Zobel, ORDER and Judgment. |
| 55. | 07/24/2007 | Notice Of Appeal |

| 13 | 05/05/2006 | Emergency Motion for Court Order |
| 14 | 05/10/2006 | Addendum to plaintiff's emergency motion for court order dated 4/28/06 |
| 19 | 06/29/2006 | Motion for Court Order |
| 33 | 10/20/2006 | Emergency motion for Court Order |
| 34 | 10/26/2007 | Motion for Court Order |
| 38 | 12/19/2007 | Emergency Motion for Order |

Thank you for your prompt attention and action in this urgent matter.

Respectfully yours,

Joseph P. Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230