Joseph P. Schmitt

Nemansket Correctional Facility

30 Administration Road

Bridgewater, MA. 02324-3230

FILED
IN CLERKS OFFICE

2007 NOV -6  P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

CLERKS OFFICE/CUSTOMER SERVICE

1 COURTHOUSE WAY, SUITE 2300

BOSTON, MA. 02210

November 5, 2007

Dear Clerk/Customer Service:

Regarding USDC Civil Case Number 2005-10571-RWZ Schmitt v. Thomas Carter, I am presently involved in an appeal which is actually overdue for the filing of the Brief and Appendix.

I urgently require a complete copy of Docket (P#43) Justice Rya W. Zobel's February 5, 2007 ORDER.

I request that said document be forwarded to me at your most earliest convenience so I can file my appeal with the USCA.

PLease understand that I am incarcerated and indigent in this action (and all others filed in this court) and as such I can not pay any required fee for the above requested document.

Thank you for your time and cooperation and action in this matter.

Respectfully filed,

Cc: JPS